UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-02448-AFM**                                      Date:  **June 27, 2019**

Title    **Young Lee v. APRO, LLC, et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|                  Ilene Bernal                  |                N/A                 |
| :--------------------------------------------: | :--------------------------------: |
|                  Deputy Clerk                  |       Court Reporter / Recorder        |

|   Attorneys Present for Plaintiff:   |   Attorneys Present for Defendants:   |
| :----------------------------------: | :-----------------------------------: |
|                 N/A                  |                  N/A                  |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

This case is assigned to Judge MacKinnon as part of the Magistrate Judge Direct Assignment Program.  Federal Rule of Civil Procedure 4(m) requires the Complaint be served within 90 days of the filing of the Complaint.  If plaintiff fails to effect service within 90 days of the filing of the Complaint, the case must be dismissed.

The Complaint herein was filed on April 1, 2019.  A review of the docket indicates that a proof of service has not yet been filed.  Accordingly, the Court orders plaintiff to show cause *in writing* on or before **July 8, 2019,** why this action should not be dismissed for lack of prosecution. The filing of the proofs of service of summons and complaint on defendants for whom such documents have not yet been filed on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

|                                |       :        |
| ------------------------------ | :------------: |
| **Initials of Preparer**       |       ib       |